ISABELLA CROZIER, Respondent, *v.* DAVID CRAIG, Appellant.

(Argued December 1, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 10, 1888, which affirmed an order in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*W. H. Johnson* for appellant.

*Edwin D. Wagner* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., not sitting, and POTTER, J., not voting.
Judgment affirmed.

---

ADELBERT G. RICHMOND, Respondent, *v.* JOHN F. DIEFENDORF, Appellant.

(Submitted December 2, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 6, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Z. S. Westbrook* for appellant.

No appearance for respondent.

Agree to reverse judgment and for new trial on authority of *Vosburgh* v. *Diefendorf* (119 N. Y. 337); no opinion.
All concur.
Judgment reversed.